UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| No. | 2:20-cv-09672-ODW (JPRx) | Date | July 29, 2021 |
|---|---|---|---|
| Title | *Jeremy Holland v. Lanksherman Plaza, LLC et al.* | | |

Present: The Honorable   Otis D. Wright, II, United States District Judge

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not present   Not present

**Proceedings:**   **In Chambers**

    On July 6, 2021, the Court denied Plaintiff's Motion for Entry of Default Judgment and granted Plaintiff leave to amend the identified deficiencies in his complaint by July 27, 2021. (Order Den. 5, ECF No. 19.)  The Order notified Plaintiff that "[f]ailure to timely amend will result in dismissal of this action.  (*Id.*)  To date, the Court has received no amended complaint nor any response to the Court's Order.  Consequently, the Court **DISMISSES** Plaintiff's Complaint with prejudice.  All dates and deadlines are **VACATED**.  The Clerk of the Court shall close the case.

    :   00

Initials of Preparer   SE